UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X

GOTHAM HOLDINGS, LP, PRIMARIUS : 
PARTNERS LP, PRIMARIUS OFFSHORE
PARTNERS LTD., PRIMARIUS FOCUS LP, :
PRIMARIUS CHINA FUND LP, WILLOW
CREEK CAPITAL PARTNERS, LP, :
WILLOW CREEK CAPITAL PARTNERS II,
LP, AND WILLOW CREEK OFFSHORE, LTD., :

      Plaintiffs,

    vs. :

HEALTH GRADES, INC. AND ESSEX :
WOODLANDS HEALTH VENTURES,

      Defendants. :

---------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/08
```

INDEX No. 07 cv 2563 (MGC)
ECF CASE

## STIPULATION OF (Partial) DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by, between and among all of the

plaintiffs in this action (the "Plaintiffs") on the one hand, and Essex Woodlands Health Ventures

Fund IV, L.P. (incorrectly identified in the caption as Essex Woodlands Health Ventures and

described in the Second Amended Complaint as Essex Woodlands Health Ventures, LLC)

("Essex") on the other hand, through their undersigned counsel, pursuant to Federal Rule of Civil

Procedure 41(a)(1), that all claims asserted by Plaintiffs in this action against Essex are hereby

dismissed with prejudice and with each party to bear its own costs.

Dated:    March 5, 2008

*So ordered.*

*United States District Judge*

*April 8, 2008*

FAGELBAUM & HELLER LLP

By: _____
      Philip Heller (PH 7798)
2049 Century Park East, Suite 4250
Los Angeles, CA 90067
(310) 286-7666


AKERMAN SENTERFITT LLP
Jeremy A. Shure (JS 0490)
Martin Domb (MD 4109)
335 Madison Avenue, 26th Floor
New York, New York 10017
(212) 880-3800

Attorneys for All Plaintiffs


COOLEY GODWARD KRONISH LLP

By: _____
      Alan Levine (AL 1073)
      Stephen A. Wieder (SW 1442)
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

Attorneys for Defendant
Essex Woodlands Health Ventures Fund IV, L.P.