IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOTHAM HOLDINGS LP, PRIMARIUS PARTNERS LP, PRIMARIUS OFFSHORE PARTNERS LTD., PRIMARIUS FOCUS LP, PRIMARIUS CHINA FUND LP, WILLOW CREEK CAPITAL PARTNERS, LP, WILLOW CREEK CAPITAL PARTNERS II, LP, and WILLOW CREEK OFFSHORE, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH GRADES, INC., and KERRY R. HICKS,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 07-CV-2563 (MGC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereto, Plaintiffs Gotham Holdings LP, Primarius Partners LP, Primarius Offshore Partners Ltd., Primarius Focus LP, Primarius China Fund LP, Willow Creek Capital Partners, LP, Willow Creek Capital Partners II, LP, and Willow Creek Offshore, Ltd., and Defendants, Health Grades, Inc. and Kerry R. Hicks, by their respective counsel and pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that this action shall be, and it is hereby, dismissed with prejudice. The parties state that this matter has been settled amicably without monetary payment by any party. Each party shall bear its own costs and attorneys' fees.

June 30, 2010.

*[signature]*

Philip Heller, Esq.
Fagelbaum & Heller LLP
2029 Century Park East, Suite 3550
Los Angeles, CA 90067
310.286.7666
ph@fhllplaw.com
Attorneys for Plaintiffs


*[signature]*

M. Duncan Grant, Esq.
Pepper Hamilton LLP
3000 Two Logan Squire
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4343
grantm@pepperlaw.com
Attorneys for Defendant Health Grades, Inc.


*[signature]*

Kris J. Kostolansky, Esq.
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202
303.623.9000
kkosto@rothgerber.com
Attorneys for Defendant Kerry R. Hicks.